

**U.S. Department of Justice**

United States Attorney
Western District of New York

620 Federal Building           (585) 263-6760
100 State Street               FAX(585) 263-6226
Rochester, New York 14614

January 22, 2007

Honorable Michael A. Telesca
United States District Judge
United States District Courthouse
Rochester, New York 14614

RE: <u>James A. Viscardi v. Commissioner</u>
    03-MC-6003T

Dear Judge Telesca:

On March 6, 2003 the plaintiff filed a Sharpe Motion For Prompt Hearing And Determination. On April 30, 2003 the Commissioner filed her Response To Petitioner's Petition For A Writ of Mandamus. Per the Response a hearing was scheduled for May 21, 2003.

The Commissioner has informed me that Mr. Viscardi received a favorable decision from the Administrative Law Judge on August 19, 2003. Therefore, I am requesting that this matter be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Very truly yours,

TERRANCE P. FLYNN
United States Attorney

By: BRIAN M. McCarthy
    Assistant U.S. Attorney

BMM/lap

cc: James Viscardi

**SO ORDERED:**

S/MICHAEL A. TELESCA
_____
**HONORABLE MICHAEL A. TELESCA
UNITED STATES DISTRICT JUDGE
DATED:** JANUARY 23, 2007